UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TAWNYA MARKETTI-WILCOX, LUCAS WILCOX, <br><br> Plaintiffs, <br><br> vs. <br><br> MARK YALDO, MBMM, INC., TINA SUE FLANSBURG, <br><br> Defendants. | 2:22-CV-10670-TGB <br><br><br> ORDER DISMISSING CASE <br><br><br> HONORABLE TERRENCE G. BERG |

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

DATED this 21st day of April, 2022.

                                                  BY THE COURT:

                                                  /s/Terrence G. Berg
                                                  TERRENCE G. BERG
                                                  United States District Judge